UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARILYN DILLARD and
RUTH GALTIERI-CARLSON,

    Plaintiff,

v.                                          Case No: 8:14-mc-48-T-27EAJ

VICTORIA M. MORTON
ENTERPRISES, INC.,

    Defendant,

JOHN R. ROBERTS,

    Trustee.
_____/

**AMENDED ORDER OF CONTEMPT**

**BEFORE THE COURT** is the Trustee's Notice of Filing the Certificate of Non-Appearance certifying that Victoria M. Morton failed to appear for her deposition on January 28, 2015 at 10:00 a.m. as ordered (Dkt. 24), and the Trustee's Notice of Non-Compliance advising that she failed to comply with the Order of Contempt entered January 6, 2015 (Dkt. 25).

On November 14, 2014, Morton was ordered to show cause why sanctions should not be imposed for her failure to comply with the Subpoena Duces Tecum for Deposition in Aid of Execution (Dkt. 13). She failed to respond. On December 2, 2014, Morton was ordered to personally appear before the Court on January 6, 2015 and show cause why sanctions should not be imposed for her failure to comply with the Subpoena and the November 14, 2014 Order (Dkt. 14). Both Orders were served on Morton by a process server (Dkts. 15, 16, 17). The Show Cause Hearing was held on January 6, 2015 but Morton failed to appear.

1

On January 6, 2015, Victoria M. Morton was found to be in civil contempt and ordered to pay into the Court's Registry attorney's fees in the amount of $1,050 within 10 days (Dkt. 18). She was also sentenced to 10 days in the custody of the United States Marshal (*id.*). To purge her jail sanction, she was required to appear for her deposition on January 28, 2015 at 10:00 a.m. in Courtroom 11A, Conference Room A of the Sam Gibbons United States Courthouse (*id.*). The Trustee served a copy of the Order of Contempt on Victoria M. Morton in the same manner in which process is served and filed proof of service (Dkt. 20). She failed to appear for her deposition.

Victoria M. Morton has failed to comply with Court orders and failed to purge her contempt sanctions.

Accordingly,

1. Pursuant to Federal Rule of Civil Procedure 45(g), Victoria M. Morton is in civil contempt. Victoria M. Morton is **ORDERED** to personally appear before the Court on **Thursday, February 12, 2015 at 1:30 P.M.** in Courtroom 13B of the Sam Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602, and **SHOW CAUSE** why she should not be imprisoned for failure to comply with the Court's Orders and purge the sanctions. Failure to appear shall result in the issuance of a warrant for her arrest and the imposition of the sanction of an undetermined period of imprisonment until such time as her deposition is completed.

2. The sanction of payment of counsel for the Trustee, Richard Heiden's reasonable attorney's fees of **$1,050** (three hours at $350 per hour) remains in effect and shall be paid into the Court Registry, by certified check, cashier's check, or cash, prior to the hearing.

    3.  Within **ten (10) days**, the United States Marshal is directed to serve a copy of this Order on Victoria M. Morton in the manner in which process is served.

  **DONE AND ORDERED** this 30th day of January, 2015.

              */s/ James D. Whittemore*
              **JAMES D. WHITTEMORE**
              **United States District Judge**

Copies to:
Counsel of Record
Victoria M. Morton
United States Marshal